**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: THEODORE G. KARAVIDAS and KATHLEEN D. KARAVIDAS | § § § § § | Case No. 13-14555 Hon. PAMELA S. HOLLIS Chapter 7 |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/08/2013.

The undersigned trustee was appointed on 04/08/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $366,870.43

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | |
| Administrative expenses | $101,251.86 |
| Bank Service Fees | $105.04 |
| Other payments to creditors | |
| Non-estate funds paid to 3rd Parties | |
| Exemptions paid to the debtor | |
| Other payments to the debtor | |
| Leaving a balance on hand of [1] | $265,513.53 |

The remaining funds are available for distribution.

UST Form 101-7-TFR (5/1/2011)

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 10/15/2015 and the deadline for filing governmental claims was 10/15/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $21,593.52 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $21,593.52 , for a total compensation of $21,593.52 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 , and now requests reimbursement for expenses of $79.23 , for total expenses of $79.23 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/26/2017     By: /s/ALLAN J. DeMARS
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

EXHIBIT "A" FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 13-14555                                                                                       Trustee Name: Allan J. DeMars

Case Name: THEODORE G. and KATHLEEN D. KARAVIDAS                        Date Filed (f) or Converted (c): 4/8/13 (F)

For Period Ending: 3/31/18                                                                      §341(a) Meeting Date: 6/5/13

                                                                                                                           Claims Bar Date: 10/15/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | residence 3326 Elmdale, Glenview, IL | 600,000.00 | 0.00 | | | FA |
| 2 | commercial real estate 4127-29 W. Lawrence Chicago, IL | 408,000.00 | 0.00 | | | FA |
| 3 | cash | 7,000.00 | 0.00 | | | FA |
| 4 | Glenview State Bank checking 9322 | 950.00 | 3,800.00 | | 3,800.00 | FA |
| 5 | Harris Bank 5445 | 156.00 | 0.00 | | | FA |
| 6 | furniture | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 7 | books, photos | 300.00 | 0.00 | | | FA |
| 8 | clothing | 2,000.00 | 0.00 | | | FA |
| 9 | fur/jewelry | 1,000.00 | 4,000.00 | | 4,000.00 | FA |
| 10 | photgraphic equip/ sports equip | 500.00 | 0.00 | | | FA |
| 11 | rent from Marie's Liquors | 300,000.00 | 0.00 | | | FA |
| 12 | interest in estate of George Karavidas | unknown | 0.00 | | | FA |
| 13 | interest in contingent fees | 113,500.00 | 113,500.00 | | 345,416.67 | FA |
| 14 | 2007 Acura MDX | 12,900.00 | 5,200.00 | | 5,200.00 | FA |
| 15 | 2007 Ford Expedition | 7,300.00 | 1,200.00 | | 1,200.00 | FA |

| | | | | | |
|---|---|---:|---:|---:|---|
| 16 | office equp | 2,000.00 | 0.00 | | FA |
| 17 | family pets | 0.00 | 0.00 | | FA |
| 18 | recovery of post-petition set off (u) | 0.00 | 3,250.00 | 3,250.00 | FA |
| 19 | interest on invested funds (u) | 1.01 | 1.01 | 1.01 | FA |
| 20 | refund of tax overpayment (u) | 2.75 | 2.75 | 2.75 | FA |

```
TOTALS (Excluding unknown values)               134,953.76                  366,870.43

                                                                (Total Dollar Amount in Column 6)
```

Major activities: Ref 1: home in foreclosure; Ref 2: commercial real estate; subject to liens and taxes in excess of debtor's interest; Ref 3 cash-exempt; Ref 4,6,9,14 and 15 per order debtors purchasing from estate for $18,200; Ref 11 rent from Marie's liquors-dispute among family members; also assets of Marie's subject to tax liens in favor of IRS and State of Illinois; Ref 12 interest in probate estate of George Karavidas: estate has been open for a number of years and is in dispute amongst family members Ref 13: debtor, an atty, claims an interest in net fees on personal injury case being handled by his former law partner; scheduled at $105,000, RECEIVED $345,416.67

NOTE: PROCEEDS OF ALL ASSETS LIQUIDATED WILL GO TO IRS and ILLINOIS DEPT OF REVENUE ON SECURED AND PRIORITY CLAIMS

Initial Projected Date of Final Report (TFR): June, 2015          Current Projected Date of Final Report (TFR): September, 2017

## CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.: 13-14555  
Case Name: THEODORE G. and KATHLEEN D. KARAVIDAS  
Taxpayer ID#: xx-xxx9171  
For Period Ending: 3/31/18  

Trustee's Name: Allan J. DeMars  
Bank Name: ASSOCIATED BANK  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable): ___  
Checking acct#: xxxxxx3049  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 8/7/17 | | Associated Bank/ Deluxe check printing | check printing charge | 2600-000 | | 50.52 | (50.52) |
| 8/7/17 | | Associated Bank | overdraft fee | 2600-000 | | 35.00 | (85.52) |
| 8/8/17 | | Karavidas Bankruptcy Estate transfer from Wells Fargo | transfer funds from Wells Fargo | 9999-000 | 29,555.90 | | 29,470.38 |
| 8/9/17 | | Associated Bank | reversal of overdraft fee | 2600-000 | | (35.00) | 29,505.38 |
| 8/9/17 | | Associated Bank/ Deluxe check printing | reversal of check printing charge | 2600-000 | | (50.52) | 29,555.90 |
| 8/10/17 | Ref 13 | Argionis & Assoc | referral fee on p.i. settlement | 1121-000 | 336,916.67 | | 366,472.57 |
| 9/14/17 | Check 1001 | United States Treasury | federal tax liability | 2810-000 | | 86,528.00 | 279,944.57 |
| 9/14/17 | Check 1002 | Illinois Dept. of Revenue | state tax liability | 2820-000 | | 14,416.00 | 265,528.57 |
| 9/15/17 | | Associated Bank | bank charges | 2600-000 | | 15.04 | 265,513.53 |
| | | | | | | | |
| | | | | COLUMN TOTALS | 366,472.57 | 100,959.04 | 265,513.53 |
| | | | | Less: Bank transfers/CD Subtotal | 29,555.90 | | 29,555.90 |

|  | Current Payments to debtor(s) | | |
|---|---:|---:|---:|
| Net | 336,916.67 | 100,959.04 | 235,957.63 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---:|---:|---:|
| Checking# xxxxxx3049 | 366,870.43 | 101,356.90 | 265,513.53 |
| Money Market # | | | |
| Savings # | | | |
| CD #CDI | | | |
| Net | 366,870.43 | 101,356.90 | 265,513.53 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |

$29,555.90 TRANSFERRED FROM WELLS FARGO

**EXHIBIT "B" – FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 13-14555  
Case Name: THEODORE G. and KATHLEEN D. KARAVIDAS  
Taxpayer ID#: xx-xxx9171  
For Period Ending: 3/31/18  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: xxxxxx8835  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 6/21/13 | Ref 13 | Theodore Gailan | atty referral fee | 1121-000 | 8,500.00 | | 8,500.00 |
| 7/2/13 | Ref 18 | Theodore Gailan | installment on settlement of post-petition setoff relating to referral fee; DOCKET 30 | 1221-000 | 1,250.00 | | 9,750.00 |
| 7/30/13 | Ref 18 | Theodore Gailan | installment on settlement of post-petition setoff relating to referral fee; DOCKET 30 | 1221-000 | 1,000.00 | | 10,750.00 |
| 8/30/13 | Ref 18 | Theodore Gailan | installment on settlement of post-petition setoff relating to referral fee DOCKET 30 | 1221-000 | 1,000.00 | | 11,750.00 |
| 8/30/13 | Ref 14 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 | 1129-000 | 5,200.00 | | 16,950.00 |
| 10/9/13 | Ref 4 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 | 1129-000 | 2,800.00 | | 19,750.00 |
| 11/4/13 | Ref 4,6 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 checking account $1,000.00- Ref 4 and furniture $400- Ref 6 | 1129-000 1129-000 | 1,400.00 | | 21,150.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 12/3/13 | Ref 6 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 | 1129-000 | 1,400.00 | | 22,550.00 |
| 1/8/14 | Ref 6 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 | 1129-000 | 1,400.00 | | 23,950.00 |
| 2/4/14 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 18.89 | 23,931.11 |
| 2/18/14 | Ref 6,9 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 furniture $800 - Ref 6 furs,jewelry $600-Ref 9 | 1129-000 1129-000 | 1,400.00 | | 25,331.11 |
| 3/4/14 | Ref 9 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 | 1129-000 | 1,400.00 | | 26,731.11 |
| 3/31/14 | Ref 19 | Wells Fargo | interest on invested funds | 1270-000 | 0.06 | | 26,731.17 |
| 4/4/14 | Ref 9 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 | 1129-000 | 1,600.00 | | 28,331.17 |
| 4/29/14 | Ref 9,15 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 fur/jewelry $400-Ref 9 2007 Ford $1200-Ref 15 | 1129-000 1129-000 | 1,600.00 | | 29,931.17 |
| 4/30/14 | Ref 19 | Wells Fargo | interest on invested funds | 1270-000 | 0.13 | | 29,931.30 |
| 5/31/14 | Ref 19 | Wells Fargo | interest on invested funds | 1270-000 | 0.21 | | 29,931.51 |
| 6/12/14 | Check 1002 | Illinois Department of Revenue | 2013 tax liability | 2820-000 | | 176.00 | 29,755.51 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 6/30/14 | Ref 19 | Wells Fargo | interest on invested funds | 1270-000 | 0.20 | | 29,755.71 |
| 7/15/14 | Ref 20 | Il Dept of Revenue | refund of tax overpayment | 1290-000 | 2.75 | | 29,758.46 |
| 7/31/14 | Ref 19 | Wells Fargo | interest on invested funds | 1270-000 | 0.20 | | 29,758.66 |
| 8/31/14 | Ref 19 | Wells Fargo | interest on invested funds | 1270-000 | 0.20 | | 29,758.86 |
| 9/2/14 | Ref 19 | Wells Fargo | interest on invested funds | 1270-000 | 0.01 | | 29,758.87 |
| 10/31/14 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,753.87 |
| 11/30/14 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,748.87 |
| 12/31/14 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,743.87 |
| 1/31/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,738.87 |
| 2/17/15 | Check 1003 | Arthur B. Levine Co | bond premium | 2300-000 | | 65.00 | 29,673.87 |
| 2/28/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,668.87 |
| 3/31/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,663.87 |
| 4/30/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,658.87 |
| 5/31/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,653.87 |
| 6/30/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,648.87 |
| 7/31/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,643.87 |
| 8/31/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,638.87 |
| 9/30/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,633.87 |
| 10/31/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,628.87 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 11/30/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,623.87 |
| 12/31/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,618.87 |
| 1/31/16 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,613.87 |
| 2/12/16 | Check 1004 | Arthur B. Levine Co. | bond premium | 2300-000 | | 29.66 | 29,584.21 |
| 2/29/16 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,579.21 |
| 3/31/16 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,574.21 |
| 2/7/17 | Check 1005 | International Sureties, Ltd. | bond premium | 2300-000 | | 18.31 | 29,555.90 |
| 8/8/17 | Check 1006 | Karavidas Bankruptcy Estate | to transfer funds to Associated Bank | 9999-000 | | 29,555.90 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 29,953.76 | 29,953.76 | 0.00 |
| Less: Bank transfers/CD | 29,555.90 | 29,555.90 | |
| Subtotal | | | |
| Less: Payments to debtor(s) | | | |
| Net | 397.86 | 397.86 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# xxxxxx8835 | 29,953.76 | 397.86 | 29,555.90 |
| Money Market # | | | |
| Savings # | | | |
| CD #CDI | | | |
| Net | 29,953.86 | 397.86 | 29,555.90 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |

$29,555.90 TRANSFERRED TO ASSOCIATED BAK

EXHIBIT C: CLAIMS REVIEW ANALYSIS

| CLAIM # | NAME | AMOUNT | PROPOSED DIST. Including interest |
|---|---|---|---|
| | ADMINISTRATIVE/FEES | | |
| | Allan J. DeMars trustee comp | 21,593.52 | 21,593.52 |
| | Allan J. DeMars expenses | 79.23 | 79.23 |
| | Allan J. DeMars attorney's fees | 8,075.00 | 8,075.00 |
| | Lois West/Kutchins Robbins & Diamond, Ltd. | 2,308.00 | 2,308.00 |

After fees there will be $233,457.78 for distribution. All funds will go to the Internal Revenue Service and the State of Illinois on their secured claim WHICH ARE PRIORITIZED BASED ON DATE OF ASSESSMENT. The penalty portion of the secured claim is being subordinated for distribution purposes pursuant to Section 726a4 of the Bankruptcy Code.

Illinois Dept of Revenue claim #5, in the amount of $37,525.11 will be treated as follows:
payment of secured portion        claim $26,526.32 to be paid $25,499.25

The remaining portion of the Illinois Dept of Revenue claim will receive no distribution:
priority $ 5,511.00
unsecured $1,027.07
penalty $ 5,487.79

Internal Revenue Service claim #6, in the amount of $382,585.79 will be treated as follows:
payment of secured portion        claim$263,527.14 to be paid $207,958.53

The remaining portion of the Internal Revenue Service claim will receive no distribution:
priority $9,857.00
unsecured $93,326.67
penalty $71,443.59

ACCOUNTING FOR PAYMENT OF IRS and STATE OF ILLINOIS SECURED CLAIM BY DATE OF ASSESSMENT:

NOTE: penalty portion subordinated pursuant to Code section 726(a)(4)

1. IRS assessed 11/13/06          $18,818.74 (penalty of $5,612.51 subordinated)

2. IRS assessed 11/19/07          $81,639.57 (penalty of $4,191.00 subordinated)

3. Illinois assessed 2/11/08      $ 5,902.22 (penalty of $1,399.80 subordinated)

4. Illinois assessed 11/10/08     $11,496.14 (penalty of $1,823.60 subordinated)

5. IRS assessed 11/17/08          $107,500.22 (penalty of $977.27 subordinated)

6. Illinois assessed 11/25/09     $9,127.96 (only $8,100.89 available for payment; balance of $1,027.07 unsecured and penalty of $1,635.38 subordinated.

RECAP:
IRS TO RECEIVE $207,958.53
ILLINOIS TO RECEIVE $25,499.25

| CLAIM # | NAME | AMOUNT | PROPOSED DIST. Including interest |
|---|---|---|---|
| | UNSECURED | | |
| | | | |
| 1 | Hinsdale Bank & Trust<br><br>NOTE: Was amended by claim #8 in the same amount | | 0 |
| 2 | Atlas Acquisitions LLC | 30,764.37 | 0 |
| 3 | Asset Acceptance LLC | 1,113.41 | 0 |
| 4 | American InfoSource LP | 11,811.08 | 0 |
| 6 | Internal Revenue Service | 37,758.06 | 0 |

| 7 | Capital One Bank USA | 9,080.56 | 0 |
| 8 | Hinsdale Bank & Trust | 20,328.49 | 0 |
| 9 | John J. Vondran | 5,000.00 | 0 |
| 10 | American Express Bank | 23,213.30 | 0 |
| 11 | LVNV Funding | 9,003.87 | 0 |
| 12 | Illinois Bell Telephone | 258.92 | 0 |
| 13 | Norma Cechin | 250,000.00 | 0 |
| 14 | Peoples Bank of Arlington Heights | 458,867.70 | 0 |
|  |  | 857,199.76 | 0 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No: 13-14555
Case Name: THEODORE G. KARAVIDAS
Trustee Name: ALLAN J. DeMARS

**Balance on hand:** $265,513.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | ILLINOIS DEPARTMENT OF REVENUE | $26,526.32 | $26,526.32 | $0.00 | $25,499.25 |
| 6 | INTERNAL REVENUE SERVICE | $263,527.14 | $263,527.14 | $0.00 | $207,958.53 |

Total to be paid to secured creditors: $233,457.78
Remaining balance: $32,055.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $21,593.52 | $0.00 | $21,593.52 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $79.23 | $0.00 | $79.23 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $8,075.00 | $0.00 | $8,075.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | | | |
| *Accountant for Trustee, Fees* | LOIS WEST/KUTCHINS ROBBINS & DIAMOND, LTD | $2,308.00 | $0.00 | $2,308.00 |
| *Accountant for Trustee, Expenses* | LOIS WEST/KUTCHINS ROBBINS & DIAMOND, LTD | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |
| *Charges,* U.S. Bankruptcy Court | | | | |
| *Fees,* United States Trustee | | | | |
| *Other* | | | | |

Total to be paid for chapter 7 administrative expenses: $32,055.75
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for           , Fees* | | | |
| *Attorney for           , Expenses* | | | |
| *Accountant for           , Fees* | | | |
| *Accountant for           , Expenses* | | | |
| *Other* | | | |

Total to be paid for prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$15,368.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

*Allowed priority claims are:*

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| 5 | ILLINOIS DEPT OF REVENUE | $5,511.00 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE | $9,857.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____$857,199.76_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ___0___ percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Atlas Acquisitions LLC | $30,764.37 | $0.00 | $0.00 |
| 3 | Asset Acceptance LLC assignee | $1,113.41 | $0.00 | $0.00 |
| 4 | American InfoSource LP | $11,811.08 | $0.00 | $0.00 |
| 6 | Internal Revenue Service | $37,758.06 | $0.00 | $0.00 |
| 7 | Capital One Bank USA | $9,080.56 | $0.00 | $0.00 |
| 8 | Hinsdale Bank &Trust | $20,328.49 | $0.00 | $0.00 |
| 9 | John J. Vondran | $5,000.00 | $0.00 | $0.00 |
| 10 | American Express Bank FSB | $23,213.30 | $0.00 | $0.00 |
| 11 | LVNV Funding | $9,003.87 | $0.00 | $0.00 |
| 12 | Illinois Bell Telephone | $258.92 | $0.00 | $0.00 |
| 13 | Norma Cechin | $250,000.00 | $0.00 | $0.00 |
| 14 | Peoples Bank of Arlington Heights | $458,867.70 | $0.00 | $0.00 |
| 1 | Hinsdale Bank & Trust (was superceded by claim #8 in the same amount) | $0.00 | $0.00 | $0.00 |

Total to be paid for timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling _____$0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | NONE | $0.00 | $0.00 | $0.00 |

Total to be paid for tardy general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$76,931.38 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 5 | ILLINOIS DEPT OF REVENUE | $5,487.79 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE | $71,443.59 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**