IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| THEODORE G. KARAVIDAS and | ) Case No. 13 B 14555 |
| KATHLEEN D. KARAVIDAS | ) Hon. PAMELA S. HOLLIS |
| | ) Chapter 7 |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on November 2, 2017 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Julia Loper, attorney for debtor
jloper@baldiberg.com

Theodore G. Karavidas
Kathleen D. Karavidas
1900 Chestnut Avenue
Glenview, IL 60025

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-3058


   /s/ Allan J. DeMars
Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603