# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: THEODORE G. KARAVIDAS § Case No. 13-14555
and KATHLEEN D. KARAVIDAS § Hon. PAMELA S. HOLLIS
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,287,906.00 | Assets Exempt: | $46,800.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $233,457.78 | Claims Discharged Without Payment: | $1,331,880.32 |
| Total Expenses of Administration: | $133,412.65 | | |

3) Total gross receipts of $366,870.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $366,870.43 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $765,000.00 | $290,053.46 | $290,053.46 | $233,457.78 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $133,412.65 | $133,412.65 | $133,412.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $24,923.85 | $15,368.00 | $15,368.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,128,167.18 | $934,131.14 | $934,131.14 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,918,091.03 | $1,372,965.25 | $1,372,965.25 | $358,870.43 |

4) This case was originally filed under chapter  7  on 04/18/2013 .
The case was pending for     57    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/10/2018                    By: //s ALLAN J. DeMARS
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| attorney referral fee - Gailan | 1121-000 | $8,500.00 |
| repayment of post-petition setoff | 1221-000 | $3,250.00 |
| debtor purchase of right, title and interest | 1129-000 | $18,200.00 |
| interest on invested funds | 1270-000 | $3.76 |
| attorney referral fee-Argiones | 1121-000 | $336,916.67 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$366,870.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | IL Dept of Revenue | 4800-000 | $0.00 | $26,526.32 | $26,526.32 | $25,499.25 |
| 6 | IRS | 4300-000 | $0.00 | $263,527.14 | $263,527.14 | $207,958.53 |
| | 2 SCHEDULED WITH NO CLAIM FILED | 4110-000 | $765,000.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$765,000.00** | **$290,053.46** | **$290,053.46** | **$233,457.78** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties | 2300-000 | N/A | $37.20 | $37.20 | $37.20 |
| Illinois Dept of Revenue | 2820-000 | N/A | $14,592.00 | $14,592.00 | $14,592.00 |
| Wells Fargo | 2600-000 | N/A | $90.00 | $90.00 | $90.00 |
| Arthur B. Levine Co. | 2300-000 | N/A | $94.66 | $94.66 | $94.66 |
| Internal Revenue Seervice | 2810-000 | N/A | $86,528.00 | $86,528.00 | $86,528.00 |
| Associated Bank | 2600-000 | N/A | $15.04 | $15.04 | $5.04 |
| Allan J. DeMars | 2100-000 | N/A | $21,593.52 | $21,593.52 | $21,593.52 |
| Allan J. DeMars | 2200-000 | N/A | $79.23 | $79.23 | $79.23 |
| Allan J. DeMars | 3110-000 | N/A | $8,075.00 | $8,075.00 | $8,075.00 |
| Lois West | 3410-000 | N/A | $2,308.00 | $2,308.00 | $2,308.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $133,412.65 | $133,412.65 | $133,412.65 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | IL Dept of Revenue | 5800-000 | $3,818.00 | $5,511.00 | $5,511.00 | $0.00 |
| 6 | Internal Revenue Service | 5800-000 | $21,105.85 | $9,857.00 | $9,857.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $24,923.85 | $15,368.00 | $15,368.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Atlas Acquisitions assignee | 7100-900 | $30,628.00 | $30,764.37 | $30,764.37 | $0.00 |
| 3 | Asset Acceptance assignee | 7100-000 | $1,098.00 | $1,113.41 | $1,113.41 | $0.00 |
| 4 | American InfoSource agent | 7100-000 | $10,245.00 | $11,811.08 | $11,811.08 | $0.00 |
| 5 | IL Dept of Revenue | 7100-000 | $30,779.00 | $5,487.79 | $5,487.79 | $0.00 |
| 6 | Internal Revenue Service | 7100-000 | $350,075.00 | $109,201.65 | $109,201.65 | $0.00 |
| 7 | Capital One Bank | 7100-000 | $12,023.00 | $9,080.56 | $9,080.56 | $0.00 |
| 8 | Hinsdale Bank & Trust | 7100-000 | $17,357.00 | $20,328.49 | $20,328.49 | $0.00 |
| 9 | John J. Vondran | 7100-000 | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 |
| 10 | American Express Bank | 7100-900 | $23,213.00 | $23,213.30 | $23,213.30 | $0.00 |
| 11 | LVNV Funding assignee | 7100-900 | $0.00 | $9,003.87 | $9,003.87 | $0.00 |
| 12 | Illinois Bell Telephone Co. | 7100-000 | $0.00 | $258.92 | $258.92 | $0.00 |
| 13 | Susan Rentschler | 7100-000 | $250,000.00 | $250,000.00 | $250,000.00 | $0.00 |
| 14 | Peoples Bank of Arlington Hts | 7100-000 | $0.00 | $458,867.70 | $458,867.70 | $0.00 |
| | 14 SCHEDULED WITH NO CLAIM FILED | | $397,749.18 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,128,167.18 | $934,131.14 | $93,413.14 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT "8" FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No.  13-14555                                                                                       Trustee Name:  Allan J. DeMars

Case Name:  THEODORE G. and KATHLEEN D. KARAVIDAS                                                        Date Filed (f) or Converted (c): 4/8/13  (F)

For Period Ending: 3/31/18                                                                               §341(a) Meeting Date:  6/5/13

                                                                                                         Claims Bar Date:  10/15/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1   residence 3326 Elmdale, Glenview, IL | 600,000.00 | 0.00 | | | FA |
| 2   commercial real estate 4127-29 W. Lawrence Chicago, IL | 408,000.00 | 0.00 | | | FA |
| 3   cash | 7,000.00 | 0.00 | | | FA |
| 4   Glenview State Bank checking 9322 | 950.00 | 3,800.00 | | 3,800.00 | FA |
| 5   Harris Bank 5445 | 156.00 | 0.00 | | | FA |
| 6   furniture | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 7   books, photos | 300.00 | 0.00 | | | FA |
| 8   clothing | 2,000.00 | 0.00 | | | FA |
| 9   fur/jewelry | 1,000.00 | 4,000.00 | | 4,000.00 | FA |
| 10  photgraphic equip/ sports equip | 500.00 | 0.00 | | | FA |
| 11  rent from Marie's Liquors | 300,000.00 | 0.00 | | | FA |
| 12  interest in estate of George Karavidas | unknown | 0.00 | | | FA |
| 13  interest in contingent fees | 113,500.00 | 113,500.00 | | 345,416.67 | FA |
| 14  2007 Acura MDX | 12,900.00 | 5,200.00 | | 5,200.00 | FA |
| 15  2007 Ford Expedition | 7,300.00 | 1,200.00 | | 1,200.00 | FA |

Case 13-14555   Doc 81   Filed 01/30/18   Entered 01/30/18 15:49:33   Desc Main
                            Document      Page 7 of 13

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | office equp | 2,000.00 | 0.00 | | | FA |
| 17 | family pets | 0.00 | 0.00 | | | FA |
| 18 | recovery of post-petition set off (u) | 0.00 | 3,250.00 | | 3,250.00 | FA |
| 19 | interest on invested funds (u) | 1.01 | 1.01 | | 1.01 | FA |
| 20 | refund of tax overpayment (u) | 2.75 | 2.75 | | 2.75 | FA |

TOTALS (Excluding unknown values)          134,953.76                    366,870.43

(Total Dollar Amount in Column 6)

Major activities: Ref 1: home in foreclosure; Ref 2: commercial real estate; subject to liens and taxes in excess of debtor's interest; Ref 3 cash-exempt; Ref 4,6,9,14 and 15 per order debtors purchasing from estate for $18,200; Ref 11 rent from Marie's liquors-dispute among family members; also assets of Marie's subject to tax liens in favor of IRS and State of Illinois; Ref 12 interest in probate estate of George Karavidas: estate has been open for a number of years and is in dispute amongst family members Ref 13: debtor, an atty, claims an interest in net fees on personal injury case being handled by his former law partner; scheduled at $105,000, RECEIVED $345,416.67

NOTE: PROCEEDS OF ALL ASSETS LIQUIDATED WILL GO TO IRS and ILLINOIS DEPT OF REVENUE ON SECURED AND PRIORITY CLAIMS

Initial Projected Date of Final Report (TFR): June, 2015              Current Projected Date of Final Report (TFR): September, 2017

FORM 2

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 13-14555  
Case Name: THEODORE G. and KATHLEEN D. KARAVIDAS  
Taxpayer ID#: xx-xxx9171  
For Period Ending: 3/31/18  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: xxxxxx8835  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 6/21/13 | Ref 13 | Theodore Gailan | atty referral fee | 1121-000 | 8,500.00 | | 8,500.00 |
| 7/2/13 | Ref 18 | Theodore Gailan | installment on settlement of post-petition setoff relating to referral fee; DOCKET 30 | 1221-000 | 1,250.00 | | 9,750.00 |
| 7/30/13 | Ref 18 | Theodore Gailan | installment on settlement of post-petition setoff relating to referral fee; DOCKET 30 | 1221-000 | 1,000.00 | | 10,750.00 |
| 8/30/13 | Ref 18 | Theodore Gailan | installment on settlement of post-petition setoff relating to referral fee DOCKET 30 | 1221-000 | 1,000.00 | | 11,750.00 |
| 8/30/13 | Ref 14 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 | 1129-000 | 5,200.00 | | 16,950.00 |
| 10/9/13 | Ref 4 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 | 1129-000 | 2,800.00 | | 19,750.00 |
| 11/4/13 | Ref 4,6 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 checking account $1,000.00- Ref 4 and furniture $400- Ref 6 | 1129-000 1129-000 | 1,400.00 | | 21,150.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 12/3/13 | Ref 6 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 | 1129-000 | 1,400.00 | | 22,550.00 |
| 1/8/14 | Ref 6 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 | 1129-000 | 1,400.00 | | 23,950.00 |
| 2/4/14 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 18.89 | 23,931.11 |
| 2/18/14 | Ref 6,9 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 furniture $800 - Ref 6 furs,jewelry $600-Ref 9 | 1129-000 1129-000 | 1,400.00 | | 25,331.11 |
| 3/4/14 | Ref 9 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 | 1129-000 | 1,400.00 | | 26,731.11 |
| 3/31/14 | Ref 19 | Wells Fargo | interest on invested funds | 1270-000 | 0.06 | | 26,731.17 |
| 4/4/14 | Ref 9 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 | 1129-000 | 1,600.00 | | 28,331.17 |
| 4/29/14 | Ref 9,15 | from Theodore Karavidas | installment re purchase of right, title and interest DOCKET 47 fur/jewelry $400-Ref 9 2007 Ford $1200-Ref 15 | 1129-000 1129-000 | 1,600.00 | | 29,931.17 |
| 4/30/14 | Ref 19 | Wells Fargo | interest on invested funds | 1270-000 | 0.13 | | 29,931.30 |
| 5/31/14 | Ref 19 | Wells Fargo | interest on invested funds | 1270-000 | 0.21 | | 29,931.51 |
| 6/12/14 | Check 1002 | Illinois Department of Revenue | 2013 tax liability | 2820-000 | | 176.00 | 29,755.51 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Checking Acct Balance** |
| 6/30/14 | Ref 19 | Wells Fargo | interest on invested funds | 1270-000 | 0.20 | | 29,755.71 |
| 7/15/14 | Ref 20 | Il Dept of Revenue | refund of tax overpayment | 1290-000 | 2.75 | | 29,758.46 |
| 7/31/14 | Ref 19 | Wells Fargo | interest on invested funds | 1270-000 | 0.20 | | 29,758.66 |
| 8/31/14 | Ref 19 | Wells Fargo | interest on invested funds | 1270-000 | 0.20 | | 29,758.86 |
| 9/2/14 | Ref 19 | Wells Fargo | interest on invested funds | 1270-000 | 0.01 | | 29,758.87 |
| 10/31/14 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,753.87 |
| 11/30/14 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,748.87 |
| 12/31/14 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,743.87 |
| 1/31/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,738.87 |
| 2/17/15 | Check 1003 | Arthur B. Levine Co | bond premium | 2300-000 | | 65.00 | 29,673.87 |
| 2/28/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,668.87 |
| 3/31/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,663.87 |
| 4/30/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,658.87 |
| 5/31/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,653.87 |
| 6/30/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,648.87 |
| 7/31/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,643.87 |
| 8/31/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,638.87 |
| 9/30/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,633.87 |
| 10/31/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,628.87 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 11/30/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,623.87 |
| 12/31/15 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,618.87 |
| 1/31/16 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,613.87 |
| 2/12/16 | Check 1004 | Arthur B. Levine Co. | bond premium | 2300-000 | | 29.66 | 29,584.21 |
| 2/29/16 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,579.21 |
| 3/31/16 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 29,574.21 |
| 2/7/17 | Check 1005 | International Sureties, Ltd. | bond premium | 2300-000 | | 18.31 | 29,555.90 |
| 8/8/17 | Check 1006 | Karavidas Bankruptcy Estate | to transfer funds to Associated Bank | 9999-000 | | 29,555.90 | 0.00 |
| | | | COLUMN TOTALS | | 29,953.76 | 29,953.76 | 0.00 |
| | | | Less: Bank transfers/CD Subtotal | | | 29,555.90 | |
| | | | Less: Payments to debtor(s) | | | | |
| | | | Net | | 29,953.76 | 397.86 | 29,555.90 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# | 366,870.43 | 366,870.43 | 0.00 |
| Money Market # | | | |
| Savings # | | | |
| CD #CDI | | | |
| Net | 366,870.43 | 366,870.43 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |

$29,555.90 TRANSFERRED TO ASSOCIATED BAK

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 13-14555  
Case Name: THEODORE G. and KATHLEEN D. KARAVIDAS  
Taxpayer ID#: xx-xxx9171  
For Period Ending: 3/31/18  

Trustee's Name: Allan J. DeMars  
Bank Name: ASSOCIATED BANK  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: xxxxxx3049  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 8/7/17 | | Associated Bank/ Deluxe check printing | check printing charge | 2600-000 | | 50.52 | (50.52) |
| 8/7/17 | | Associated Bank | overdraft fee | 2600-000 | | 35.00 | (85.52) |
| 8/8/17 | | Karavidas Bankruptcy Estate transfer from Wells Fargo | transfer funds from Wells Fargo | 9999-000 | 29,555.90 | | 29,470.38 |
| 8/9/17 | | Associated Bank | reversal of overdraft fee | 2600-000 | | (35.00) | 29,505.38 |
| 8/9/17 | | Associated Bank/ Deluxe check printing | reversal of check printing charge | 2600-000 | | (50.52) | 29,555.90 |
| 8/10/17 | Ref 13 | Argionis & Assoc | referral fee on p.i. settlement | 1121-000 | 336,916.67 | | 366,472.57 |
| 9/14/17 | Check 1001 | United States Treasury | federal tax liability | 2810-000 | | 86,528.00 | 279,944.57 |
| 9/14/17 | Check 1002 | Illinois Dept. of Revenue | state tax liability | 2820-000 | | 14,416.00 | 265,528.57 |
| 9/15/17 | | Associated Bank | bank charges | 2600-000 | | 15.04 | 265,513.53 |
| 12/14/17 | Check 1003 | Allan J. DeMars | trustee's fees | 2100-000 | | 21,593.52 | 243,920.01 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 12/14/17 | Check 1004 | Allan J. DeMars | expenses | 2200-000 | | 79.23 | 243,840.78 |
| 12/14/17 | Check 1005 | Allan J. DeMars | attorney's fees | 3110-000 | | 8,075.00 | 235,765.78 |
| 12/14/17 | Check 1006 | Lois West | accountant's fees | 3410-000 | | 2,308.00 | 233,457.78 |
| 12/14/17 | Check 1007 | Illinois Department of Revenue | secured tax claim | 4800-000 | | 25,499.25 | 207,958.53 |
| 12/14/17 | Check 1008 | Internal Revenue Service | secured tax claim | 4300-000 | | 207,958.53 | 0.00 |

```
                              COLUMN TOTALS           366,472.57    366,472.57         0.00
                   Less: Bank transfers/CD             29,555.90                  -29,555.90
                   Subtotal
                   Less: Payments to debtor(s)
                   Net                                336,916.67    366,472.57   -29,555.90

                                                                      NET
TOTAL - ALL ACCOUNTS                          NET DEPOSITS       DISBURSEMENTS    BALANCES
Checking#                                      366,870.43         366,870.43          0.00
Money Market #
Savings #
CD #CDI
Net                                            366,870.43         366,870.43          0.00
                                             Excludes account  Excludes payments  Total Funds
                                                transfers         to debtor        on Hand
```

$29,555.90 TRANSFERRED FROM WELLS FARGO